**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Juan Manuel GONZALEZ–QUEZADA,
Defendant—Appellant.**

No. 01–50500.

D.C. No. CR–00–01271–AHM–01.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 18, 2002.*

Decided Nov. 26, 2002.

Before REINHARDT, RYMER, and
SILVERMAN, Circuit Judges.

MEMORANDUM**

Juan Manuel Gonzalez–Quezada appeals
from his guilty plea conviction and sentence
for illegal reentry after deportation,
in violation of 8 U.S.C. § 1326. Quezada's
counsel has filed a brief pursuant to *Anders
v. California*, 386 U.S. 738, 87 S.Ct.
1396, 18 L.Ed.2d 493 (1967), stating there
are no arguable issues for review and
seeking to withdraw as counsel of record.
Quezada has not filed a pro se supplemental
brief. Our independent review of the
record pursuant to *Penson v. Ohio*, 488
U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300
(1988), discloses no issues for review.
Counsel's motion to withdraw is GRANT-

ED, and the district court's judgment is
AFFIRMED.

---

* This panel unanimously finds this case suitable
for decision without oral argument. See
Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication
and may not be cited to or by the
courts of this circuit except as may be provided
by Ninth Circuit Rule 36–3.

